# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLENE XIONG,<br><br>  Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:19-CV-01473<br><br>ORDER RE: PETITION FOR<br>GUARDIAN AD LITEM<br><br>ECF No. 20 |

The Court having read and considered Plaintiff's Petition for Guardian Ad Litem, including the supporting declaration filed concurrently, and finding good cause, hereby orders as follows:

1. Plaintiff's Petition for Guardian Ad Litem is granted, ECF No. 20, and
2. Mee Thao shall serve as Guardian Ad Litem in this action.

IT IS SO ORDERED.

Dated:   September 28, 2020  
_____  
UNITED STATES MAGISTRATE JUDGE

No. 204.