UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEE THAO,<br>*Guardian ad Litem* for J.X.,<br><br>              Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>              Defendant. | No. 1:19-cv-01473-HBK<br><br>ORDER GRANTNG AWARD AND PAYMENT OF ATTORNEYS FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. No. 29) |

    Pending before the court is the parties' stipulated motion for attorney fees filed on April 6, 2022. (Doc. No. 29). The parties agree to an award of attorney's fees and expenses to Plaintiff in the amount of $6,064.64 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (*Id*.).

    On January 5, 2022, this Court reversed the Commissioner's decision and remanded the case back to the Commissioner for further administrative proceedings. (Doc. No. 27). Judgment

was entered January 6, 2022. (Doc. No. 28). Plaintiff now requests an award of fees and expenses as the prevailing party under that Order. *See* 28 U.S.C. § 2412(d); Fed. R. Civ. P. 54(d)(1).

The Commissioner does not oppose the requested relief. (*See* Doc. No. 29). After issuance of an order awarding EAJA fees and costs, the United States Department of the Treasury will determine whether plaintiff owes a debt to the government. If plaintiff has no discernable federal debt, the government will accept plaintiff's assignment of EAJA fees and pay the fees directly to plaintiff's counsel.

Accordingly, it is **ORDERED:**

1. The parties' stipulated motion for attorney fees and expenses (Doc. No. 29) is **GRANTED**.

2. Plaintiff is awarded SIX THOUSAND SIXTY-FOUR DOLLARS AND 64/100 ($6,064.64) in attorney fees and expenses. Unless the Department of Treasury determines that plaintiff owes a federal debt, the government must pay the fees to plaintiff's counsel in accordance with plaintiff's assignment of fees and subject to the terms of the stipulated motion.

Dated:     April 7, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE